United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DIVERSIFIED RESTAURANT GROUP, LLC, et al.,

Plaintiffs,

v.

HOUSTON CASUALTY COMPANY, et al.,

Defendants.

Case No. 25-cv-02344-EMC

**ORDER RE MOTIONS TO SEAL**

Docket Nos. 48, 58, 61

Before the Court are two Motions to Seal and one Motion to Consider Whether Another Party's Material Should be Sealed. Dkt. Nos. 48, 58, 61. To the extent these motions seek to seal material deemed privileged in the underlying state court action or other material that is attorney-client privileged, sealing is proper. However, several redactions in the current motions are overbroad or inconsistent. For instance, the name of the plaintiff in the underlying state court action is redacted in some filings but not others. If there is no compelling reason to redact the name of the plaintiff, it should not be sealed herein. The same is true for any information already disclosed in public filings in the state court. In addition, in some filings, not only the contents of attorney-client communications are redacted, but also the fact of the communications, which is not privileged.

The sealing motions currently before the Court are **DENIED** without prejudice. The parties shall file a Joint Motion to Seal by **October 21, 2026** with narrowly applied redactions to those materials that have not been disclosed in the underlying action or for which there are otherwise compelling reasons to seal. Any proposed sealing must be narrowly tailored and

justified pursuant to Local Rule 79-5. With the Joint Motion, the parties shall provide an index of materials they seek to seal with the reason for sealing.

**IT IS SO ORDERED**.

Dated: October 7, 2026

EDWARD M. CHEN
United States District Judge